UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ANDREW ARVANITIS, ET AL**

**V.**                                                       **CIVIL ACTION NO. 10-10213-DJC**

**MASSACHUSETTS DEPT. OF CORRECTION, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated September 21, 2011, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

September 22, 2011                               /s/ Lisa M. Hourihan
                                                 Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ANDREW ARVANITIS, ET AL**

**V.**                                                        **CIVIL ACTION NO. 10-10213-DJC**

**MASSACHUSETTS DEPT. OF
CORRECTION, ET AL**

### ORDER OF DISMISSAL

CASPER, D.J.

     In accordance with the Memorandum and Order dated September 21, 2011, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

September 22, 2011                                              /s/ Lisa M. Hourihan
                                                                                 Deputy Clerk